UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 16-31756 |
|---|---|---|
| Rigoberto Rodriguez | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Order Granting Motion to Modify the Automatic Stay**

This cause coming before the Court upon the Motion of U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust, to Modify the Automatic Stay as to Debtor, pursuant to Sections 362 of the Bankruptcy Code, 11 U.S.C. §362(d), due notice having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That the Motion of U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust to Modify Automatic Stay is hereby granted;

2. The automatic stay of 11 U.S.C. Section 362 as to U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust's lien interest in 6034 S. TROY ST, CHICAGO, IL 60629 is lifted and U.S. Bank Trust National Association as Trustee of the Cabana Series III Trust is permitted to enforce its security interest and liquidate the property.

3. That Bankruptcy Rule 4001(a)(3) does not apply to this Order.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: June 22, 2020